IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON



**MONA SANDS**

           Plaintiff,

    v.

**CAROLYN W. COLVIN**
**SOCIAL SECURITY COMMISSIONER,**

          Defendant.

**Civ. No. 3:14-cv-01637-TC**

**OPINION** and **ORDER**

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No.

15), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P.

72(b)(3). After receiving a written objection to Judge Coffin's Findings and Recommendation

filed by the plaintiff (ECF No. 17), I made a *de novo* review of the portions and findings objected

to by the plaintiff. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). See also

*Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). After review, I find

no error in Judge Coffin's Findings and Recommendation and conclude it is correct.

1 – OPINION AND ORDER

THEREFORE, IT IS HEREBY ORDERED that, Magistrate Judge Coffin's Findings and Recommendation (ECF No. 15) is ADOPTED in its entirety. Accordingly, the final decision of the Acting Commissioner of the Social Security Administration is **AFFIRMED**. The Clerk of the Court is ordered to enter a judgment dismissing this action.

IT IS SO ORDERED.

DATED this 18th day of February, 2016.


<u>**/s/ Michael J. McShane**</u>
Michael J. McShane
United States District Judge